Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT S. RANA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ROSEMARY MELVILLE, ET AL.,<br><br>　　Defendants. | No.   CV 08-3044 JL<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |

　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, through counsel, requests that her complaint currently pending before the Court be dismissed.  Because the Defendants have approved her application for adjustment of status, Plaintiff is no longer alleging that the Defendants are illegally delaying adjudication of that application.

　　WHEREFORE, Plaintiff prays that this Court allow her to voluntarily dismiss her complaint.

DATED:    August 11, 2008                    /s/
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Robert B. Jobe
　　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF ROBERT JOBE
　　　　　　　　　　　　　　　　　　　　　　　　550 Kearny Street, Ste. 200
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　　　　　(415) 956-5513

　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Plaintiff's Motion for Voluntary Dismissal; [Proposed] Order
No.   CV 08-3044 JL

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: 8-12-08

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE